1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

** E-filed April 22, 2010 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROGELIO SANCHEZ,

              Plaintiff,

   v.

CARLOS JIMENEZ, and Does 1–10,

              Defendants.

_____/

No. C08-05723 JW (HRL)

**ORDER DENYING PLAINTIFF'S MOTIONS TO RE-OPEN DISCOVERY AND TO COMPEL**

**[Re: Docket Nos. 20, 22]**

      Rogelio Sanchez sued Carlos Jimenez for alleged violations of California and federal wage and hour laws.  Sanchez now moves to re-open discovery and to compel Jimenez to provide further responses to interrogatories, requests for production, and deposition questions.  Jimenez opposes the motion.  Pursuant to Civil Local Rule 7-1(b), the court finds the matter suitable for determination without oral argument, and the April 27, 2010 hearing is vacated.

      Upon consideration of the moving and responding papers, this court denies plaintiff's motions.  Jimenez correctly notes that plaintiff's motion to compel was not timely filed.  *See* N.D. Cal. Civ. R. 26-2.  The discovery deadline in this case was March 1, 2010, but Sanchez did not file the instant motions until March 23, 2010.  The court rejects plaintiff's contention that this delay was solely the fault of defendant; the record shows that plaintiff had been on notice for some time that he might need to file a motion to compel.

      Furthermore, Judge Ware has already denied the parties' request to extend the discovery cutoff past March 1.  (Docket No. 19.)  Plaintiff has not shown good cause why this court should

ignore Judge Ware's order and nonetheless allow plaintiff more time to seek additional discovery. In any case, Sanchez has failed to convince the court that the information he seeks is likely to lead to admissible evidence under the circumstances of this case.

**IT IS SO ORDERED.**

Dated: April 22, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C08-05723 JW (HRL) Notice will be electronically mailed to:**

Adam Wang      adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen      alpedersen@gmail.com

Alan Louis Martini      amartini@smtlaw.com, aobey@smtlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**